IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.   13-3087-CR-S-MDH |
| | ) | |
| DANIEL KEVIN TALBURT, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge. In his Report and Recommendation, the Magistrate Judge recommends that Defendant Daniel Kevin Talburt be declared competent to stand trial and be declared to have been capable of appreciating the nature and quality of the wrongfulness of his acts.  That recommendation was based on a psychological evaluation conducted by Lee Ann Preston Baecht, Ph.D.  After review and careful consideration, the Court adopts the Report and Recommendation of the United States Magistrate Judge as the order of this Court, and Defendant is hereby declared competent to stand trial and to have been capable of appreciating the nature and quality of the wrongfulness of his acts.

**IT IS SO ORDERED.**


**DATED:**     May 2, 2014

                                                              /s/ Douglas Harpool
                                                         **DOUGLAS HARPOOL**
                                                    **UNITED STATES DISTRICT JUDGE**